# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| HANNAH KILCHENMAN, | ) | CASE NO. 5:22-CV-00896 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| vs. | ) | **UNOPPOSED MOTION FOR** |
| | ) | **EXTENSION OF TIME** |
| SMASH RESTRO AND BAR, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant SMASH Restro and Bar, LLC ("Smash") respectfully requests an extension of time to and including September 1, 2022, to answer or otherwise respond to Plaintiff's Memorandum in Opposition to Defendant's Partial Motion to Dismiss Counts V and VI of Plaintiff's Complaint. Smash does not make this motion for purposes of delay but to allow for time to fully and fairly address the arguments and theories put forth in Plaintiff's Opposition brief. The undersigned counsel for Smash has conferred with Plaintiff's counsel who indicated they had no objection to this request for extension and agreed to same.

Respectfully submitted,

*s/ Adam Primm*
ADAM PRIMM (0086375)
ERIC M. FLAGG (0099724)
**BENESCH, FRIEDLANDER,**
 **COPLAN & ARONOFF LLP**
200 Public Square, Suite 2300
Cleveland, Ohio 44114-2378
Telephone: 216.363.4500
Facsimile: 216.363.4588
Email: aprimm@beneschlaw.com
  eflagg@beneschlaw.com

*Attorneys for Defendant SMASH Restro and Bar, LLC*

16026577 v1

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Unopposed Motion for Extension of Time was electronically filed on the 19th day of August, 2022, in accordance with the Court's electronic filing guidelines. Service on all parties of record will be made through the Court's Electronic Filing System. The parties may access this filing through the Court's Electronic Filing System.

                                     */s/ Adam E. Primm*
                                     Adam E. Primm
                                     *One of the Attorneys for Defendant SMASH Restro and Bar, LLC*

16026577 v1